**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Stallion Solids Control, Inc., a division of Stallion Oilfield Services Ltd., ) ) ) | |
| Plaintiff, ) ) | **ORDER FINDING AS MOOT MOTION TO QUASH LIEN** |
| vs. ) ) | |
| Redemption Energy, LLC, ) ) | Case No. 4:13-cv-100 |
| Defendant. ) | |

On October 15, 2013, Defendant Redemption Energy, LLC, filed a "Motion to Quash Lien" requesting that the court quash an oil and gas well lien filed by Plaintiff Stallion Solids Control, Inc., against Defendant's saltwater disposal well. On November 1, 2013, Plaintiff filed a response indicating that it did not oppose Defendant's motion to quash and that it had signed a release of lien and provided the release to Defendant on October 30, 2013. Because the lien has been released, the court **FINDS AS MOOT** Defendant's Motion to Quash Lien (Docket No. 17).

Dated this 5th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court