# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Stallion Solids Control, Inc., a division of Stallion Oilfield Services Ltd., ) ) ) Plaintiff, ) ) vs. ) ) Redemption Energy, LLC, ) ) Defendant. ) | **ORDER AMENDING SCHEDULING/DISCOVERY PLAN** Case No. 4:13-cv-100 |

On January 29, 2014, the court held a telephonic status conference in the above-captioned case. Attorneys James S. Hill and Tracy Vigness Kolb appeared on behalf of plaintiff. Attorney Robert G. Hoy appeared on behalf of defendant.

Pursuant to the discussion at the status conference, the court **ORDERS** the Scheduling/Discovery Plan in amended as follows:

1. The parties shall have until **March 14, 2014**, to move to join additional parties.

2. The parties shall have until **March 14, 2014**, the move to amend pleadings to add claims or defenses.

Dated this 29th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court