**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Stallion Solids Control, Inc., a division of Stallion Oilfield Services Ltd., | ) ) ) | **ORDER ADOPTING STIPULATION OF DISMISSAL** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Redemption Energy, LLC, | ) ) | Case No. 4:13-cv-100 |
| Defendant. | ) | |

Before the court is a "Stipulation of Dismissal" filed April 22, 2014. The court **ADOPTS** the stipulation (Docket No. 28) and **ORDERS** the above-captioned case dismissed with prejudice and without costs to either party.

Dated this 23rd day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court